IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GITI KARIMPOUR,** | Case No. 11-CV-6356-LHK |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until September 18, 2012, to file his answer the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty (30) days of his receipt of the answer.

Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within thirty (30) days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within fifteen (15) days of receipt of any opposition.

Dated: August 13, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

[Proposed] Order (11-CV-6356 LHK)