1  GEORGE L. SCHRAER
   Geoschraer@aol.com
2  Attorney at Law
   5173 Waring Road, #247
3  San Diego, CA 92120
   Telephone: (619) 582-6047
4  California State Bar No. 51520

5  Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GITI KARIMPOUR, | ) | No. 11-CV-6356-LHK |
| Petitioner, | ) | [PROPOSED] ORDER |
| v. | ) | |
| MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, | ) | |
| Respondent. | ) | |

   Good cause appearing, IT IS HEREBY ORDERED that petitioner is granted to and including December 3, 2012 to file her traverse to the answer to the petition for writ of habeas corpus.

Dated:  October 17, 2012

_[signature: Lucy H. Koh]_
HON. LUCY H. KOH
United States District Judge

[Proposed] Order (11-CV-6356-LHK)